BEFORE THE SECOND DIVISION, MAY 16, 1955

**No. 59076.**—Calvaire *v.* United States, protest 229082–K (B) (New York).

Opinion by FORD, J.   At the trial, it was agreed that the involved merchandise was valued at more than $5 per pound, with an average weight of 14 to 15 ounces per stole, and the record also supported a finding that the involved merchandise is not in part of fringe.   On the evidence presented, the claim of the plaintiff was sustained as to the item in question.